IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK § | |
| *Plaintiff,* § | |
| § | |
| vs § | Cause no. 4:13-cv-546 |
| § | |
| § | |
| FIRST FINANCIAL ASSET § | |
| MANAGEMENT, INC. § | |
| *Defendant.* § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and the Defendant in this cause of action. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642