PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: David Mack
4:13cv546

RE: Mack v. First Financial Asset Management

RECEIVED: *[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS, OCT 22 2013, DAVID J. MALAND, CLERK, BY DEPUTY]* #5

on this 18 day of October, 20 13

SIGNED: _____
(Addressee/Agent for Addressee)